EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
EDRIC M. CHING
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00409 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 841(a)(1); |
| COOKIE IWALANI DUVAUCHELLE, | ) | 841(b)(1)(B) and 841(b)(1)(C)] |
| aka: "Cookie I. Mattos", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 16, 2000, in the District of

Hawaii, COOKIE IWALANI DUVAUCHELLE, aka: "Cookie I. Mattos", the

defendant, did knowingly and intentionally distribute 5 grams or

more of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2

The Grand Jury charges:

On or about November 21, 2000, in the District of Hawaii, COOKIE IWALANI DUVAUCHELLE, aka: "Cookie I. Mattos" the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

The Grand Jury charges:

On or about December 9, 2000, in the District of Hawaii, COOKIE IWALANI DUVAUCHELLE, aka: "Cookie I. Mattos" the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4

The Grand Jury charges:

On or about January 5, 2001, in the District of Hawaii, COOKIE IWALANI DUVAUCHELLE, aka: "Cookie I. Mattos", the defendant, did knowingly and intentionally distribute less than 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5

The Grand Jury charges:

On or about February 8, 2001, in the District of Hawaii, COOKIE IWALANI DUVAUCHELLE, aka: "Cookie I. Mattos", the defendant, did knowingly and intentionally distribute less than 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 6

The Grand Jury charges:

On or about March 9, 2001, in the District of Hawaii, COOKIE IWALANI DUVAUCHELLE, aka: "Cookie I. Mattos", the defendant, did knowingly and intentionally distribute 5 grams or

more of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(B).

DATED:  October 9, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

For

ELLIOT ENOKI
First Assistant U.S. Attorney


KENNETH M. SORENSON
EDRIC M. CHING
Assistant U.S. Attorneys


4